# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-00352-RJC

| | |
|---|---|
| MILTON CLARK, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's motion for summary judgment, (DE 12), and Defendant's consent motion for remand, (DE 14). Plaintiff, through counsel, consents to Defendant's motion for remand to the Acting Commissioner.

For good cause shown, the Court hereby remands this action for further development pursuant to sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED**.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: November 19, 2021

Robert J. Conrad, Jr.
United States District Judge